No. 96–1610. CLARK, EXECUTRIX OF THE ESTATE OF CLARK, DECEASED *v.* E. I. DU PONT DE NEMOURS & CO. ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition. 

No. 96–8334. BETHLEY *v.* LOUISIANA. Sup. Ct. La. Certiorari denied. 

Statement of JUSTICE STEVENS, with whom JUSTICE GINSBURG and JUSTICE BREYER join, respecting the denial of certiorari.

It is well settled that our decision to deny a petition for writ of certiorari does not in any sense constitute a ruling on the merits of the case in which the writ is sought. *United States* v. *Carver,* 260 U. S. 482, 490 (1923). See *Singleton* v. *Commissioner,* 439 U. S. 940, 942 (1978) (opinion of STEVENS, J., respecting denial of certiorari); *Maryland* v. *Baltimore Radio Show, Inc.,* 338 U. S. 912, 919 (1950) (opinion of Frankfurter, J., respecting denial of certiorari). That is certainly true of our decision to deny certiorari in this case. It is worth noting the existence of an arguable jurisdictional bar to our review. Our consideration of state-court decisions is confined to "[f]inal judgments or decrees rendered by the highest court of a State in which a decision could be had." 28 U. S. C. § 1257(a). Petitioner has been neither convicted of nor sentenced for any crime. As we have indicated, "in the context of a criminal prosecution, finality is normally defined by the imposition of the sentence." *Flynt* v. *Ohio,* 451 U. S. 619, 620 (1981). See *Baltimore Radio,* 338 U. S., at 918 (noting one reason for denial of certiorari is that "judgment of the lower court may not be final").

No. 96–8707. THOMPSON *v.* CALDERON, WARDEN. C. A. 9th Cir. Motion of respondent to strike *amici curiae* brief of Richard Gilbert et al. denied. Certiorari denied. 

No. 96–1357. SMITH, PERSONAL REPRESENTATIVE OF SMITH, DECEASED *v.* SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA ET AL., *ante,* p. 1204;

No. 96–1380. MURRAY *v.* BABBITT, SECRETARY OF THE INTERIOR, *ante,* p. 1187;

No. 96–7790. McREYNOLDS v. GANGEL-JACOB, JUSTICE, APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, *ante*, p. 1173;

No. 96–7823. WORATZECK v. STEWART, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, *ante*, p. 1173;

No. 96–7871. FLETCHER v. SCHINDLER ELEVATOR CORP. ET AL., *ante*, p. 1174;

No. 96–7900. WASHINGTON v. CITY OF JACKSONVILLE, FLORIDA, ET AL., *ante*, p. 1175;

No. 96–8106. JACOBSON v. STEVENS ET AL., *ante*, p. 1177;

No. 96–8173. GANT v. DRUG ENFORCEMENT AGENCY ET AL., *ante*, p. 1178; and

No. 96–8217. PIZZO v. CAIN, WARDEN, ET AL., *ante*, p. 1190. Petitions for rehearing denied.

JUNE 3, 1997

No. A–875. HARRIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Application for stay of execution of sentence of death, presented to JUSTICE KENNEDY, and by him referred to the Court, denied. JUSTICE SCALIA took no part in the consideration or decision of this application.

No. 96–8892 (A–811). BEHRINGER v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

JUNE 4, 1997

No. 96–1126. IOLAB CORP. v. HUNTER. Sup. Ct. Mo. Certiorari dismissed under this Court's Rule 46.1.

No. 96–9244 (A–881). IN RE LOSADA. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and